**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7173

JAMES STOUT,

Plaintiff - Appellant,

v.

SERGEANT RICHIE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-ct-03090-FL)

Submitted:  May 22, 2025                    Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Stout, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Stout, a North Carolina prisoner, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies.  On appeal, we confine our review to the issues raised in the appellate brief.  *See* 4th Cir. R. 34(b).  Because Stout's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we deny Stout's motion for appointment of counsel and affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*